

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00278-CR

Marco Antonio **CONTRERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8169
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

Appellant's brief is currently due on August 26, 2022. On August 11, 2022, appellant's appointed counsel, Richard B. Dunlany, Jr., filed a motion in this court to withdraw as appellate counsel for medical reasons. After consideration, we **GRANT** counsel's motion. Because appellant is indigent, new appellate counsel must be appointed.

Accordingly, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court for appointment of new appellate counsel **by August 29, 2022**. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can ensure appellant has effective assistance of counsel). We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new appellate counsel in this court **by September 12, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court